UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

In re:   )   Case No. 10-57192
   LEWIS, JEFFREY THOMAS   )
   LEWIS, DEBRA ANN, aka   )
   SIMPSON, DEBRA ANN   )
      )
      )
      )
   Debtor(s)   )

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 S. Dearborn Street, 7th Floor, Chicago, IL  60604

   Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on July 21, 2011 in Courtroom 644**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL  60604.

   If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date:  June 22, 2011         By:  /s/ Richard M. Fogel
                                                Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
312-276-1334
rfogel@shawgussis.com
**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: LEWIS, JEFFREY THOMAS § Case No. 10-57192
   LEWIS, DEBRA ANN §
                   §
Debtor(s) SIMPSON, DEBRA ANN §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*          $ 5,000.10

*and approved disbursements of*           $ 0.00

*leaving a balance on hand of* [1]           $ 5,000.10

          **Balance on hand:**      $    5,000.10

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

        Total to be paid to secured creditors:   $      0.00
                 Remaining balance:   $      5,000.10

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 1,250.01 | 0.00 | 1,250.01 |

       Total to be paid for chapter 7 administration expenses:   $     1,250.01
                     Remaining balance:   $     3,750.09

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

       Total to be paid for prior chapter administrative expenses:   $      0.00
                     Remaining balance:   $     3,750.09

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 3,750.09

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,827.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 626.28 | 0.00 | 118.45 |
| 2 | Chase Bank USA, N.A. | 2,855.77 | 0.00 | 540.12 |
| 3 | PYOD LLC, as assignee of Citibank, NA | 4,363.35 | 0.00 | 825.25 |
| 4 | PYOD LLC, as assignee of Citibank, NA | 8,707.96 | 0.00 | 1,646.96 |
| 5 | GE Money Bank | 3,274.46 | 0.00 | 619.31 |

Total to be paid for timely general unsecured claims: $ 3,750.09
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None ||||

|  |  |
|---|---|
| Total to be paid for subordinated claims: $ | 0.00 |
| Remaining balance: $ | 0.00 |

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                                United States Bankruptcy Court
                                 Northern District of Illinois

In re:                                                                         Case No. 10-57192-PSH
Jeffrey Thomas Lewis                                                           Chapter 7
Debra Ann Lewis
          Debtors                            CERTIFICATE OF NOTICE
District/off: 0752-1           User: vrowe                  Page 1 of 2                   Date Rcvd: Jun 23, 2011
                               Form ID: pdf006              Total Noticed: 51


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 25, 2011.
db/jdb        +Jeffrey Thomas Lewis,    Debra Ann Lewis,    17524 Magnolia Lane,    Tinley Park, IL 60487-6144
aty           +Robert R Salus,    Cossidente & Salus, Ltd.,    7777 W. 159th Street,    Tinley Park, IL 60477-1389
tr            +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfson,    321 N Clark Street  Suite 800,
                Chicago, IL 60654-4766
16603960      +Advocate Christ Medical Center,    4440 W. 95th Street,    Oak Lawn, IL 60453-2600
16603961      +Ally Financial,    200 Renaissance Ctr,    Detroit, MI 48243-1300
16603962      +Amalgamated Bk Chicago,    1 W Monroe St,    Chicago, IL 60603-5384
16603964      +Associates/citibank,    Attn: Centralized Bankruptcy,    7255 Baymeadows Way,
                Jacksonville, FL 32256-6851
16603965      +Bank Of America,    Attn: Bankruptcy NC4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
16603967     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One, N.a.,    Bankruptcy Dept,    Po Box 5155,
                Norcross, GA 30091)
16603968      +Chase,   P.o. Box 15298,    Wilmington, DE 19850-5298
17035447      +Chase Bank USA, N.A.,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,
                Dallas, TX 75374-0933
16603969      +Chase Manhattan Mtge,    3415 Vision Dr,    Columbus, OH 43219-6009
16603970      +Chase Mtg,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
16603971       Christ Hospital Advocate Healthcare,    P.O. Box 4256,    Carol Stream, IL 60197-4256
16603972      +Citibank Usa/Citicard Credit Srvs,    Centralized Bankruptcy,    Po Box 20507,
                Kansas City, MO 64195-0507
16603973      +Citifinancial Retail Services,    Citifinancial/Attn: Bankruptcy Dept,    Po Box 140489,
                Irving, TX 75014-0489
16603974      +Col/debt Collection Systems,    8 S. Michigan Ave, #618,    Chicago, IL 60603-3469
16603975      +Credit First,    Po Box 818011,    Cleveland, OH 44181-8011
16603978       Fidelity Investments,    P.O. Box 770003,    Cincinnati, OH 45277-0065
16603979      +G M A C,    15303 S 94th Ave,    Orland Park, IL 60462-3825
16603984      +Grants Appl,    Po Box 94498,    Las Vegas, NV 89193-4498
16603985      +Harris N.a.,    3800 Golf Rd Ste. 300,    Rolling Meadows, IL 60008-4005
16603989      +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
16603988      +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
16603990      +Hsbc Best Buy,    Attn: Bankruptcy,    Po Box 5263,    Carol Stream, IL 60197-5263
16603991      +Hsbc/rs,    Pob 15521,    Wilmington, DE 19850-5521
16603992      +John Houston MD,    777 Oakmont Lane, Ste 1600,    c/o KLO Prof Building,    Westmont, IL 60559-5577
16603993      +Judith G. Savage, M.D.,    425 Huehl Road, Bldg #8,    Northbrook, IL 60062-2323
16603995      +Midwest Orthopaedic Cons,    75 Remittance Dr. 6581,    Chicago, IL 60675-6581
17240915      +PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
                c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
16603997       Physicians Prompt Care Centers,    Department 4620,    Carol Stream, IL 60122-4620
16603999      +Sears/cbsd,    701 East 60th St N,    Sioux Falls, SD 57104-0432
16603998      +Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
16604000     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: Us Bank/na Nd,    Attn: Bankruptcy Dept,    Po Box 5229,
                Cincinnati, OH 45201)
16604001      +Victoria’s Secret,    Po Box 182124,    Columbus, OH 43218-2124
16604002      +Wffnb Retail,    Po Box 94498,    Las Vegas, NV 89193-4498
16604003      +Zale/cbsd,    Attn.: Centralized Bankruptcy,    Po Box 20363,    Kansas City, MO 64195-0363

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16603963       E-mail/PDF: cbp@slfs.com Jun 23 2011 23:14:30      American General Finan,    11844 S. Western,
                Chicago, IL 60643
16603966      +E-mail/Text: cms-bk@cms-collect.com Jun 23 2011 22:11:13       Capital Management Services, LP,
                726 Exchange Street, Suite 700,    Buffalo, NY 14210-1464
17013988      +E-mail/Text: legalcollections@comed.com Jun 23 2011 22:10:08       Commonwealth Edison Company,
                3 Lincoln Center,    Attn: Bankruptcy Section,    Oakbrook Terrace, IL 60181-4204
16603976      +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 23 2011 23:15:06       Discover Fin,    Po Box 6103,
                Carol Stream, IL 60197-6103
16603977      +E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2011 23:15:41       Empire/gemb,    Po Box 981439,
                El Paso, TX 79998-1439
16603980      +E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2011 23:15:42       GE Money Bank,
                Attn: Bankruptcy Dept.,    P.O. Box 103104,    Roswell, GA 30076-9104
17307416       E-mail/PDF: gecsedi@recoverycorp.com Jun 24 2011 00:04:12       GE Money Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16603981      +E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2011 23:15:42       Gemb/jcp,    Attention: Bankruptcy,
                Po Box 103104,    Roswell, GA 30076-9104
16603982      +E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2011 23:15:42       Gemb/sams Club Dc,    Attention:GEMB,
                Po Box 103104,    Roswell, GA 30076-9104
16603983      +E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2011 23:15:41       Gemb/tweeter,    Po Box 981439,
                El Paso, TX 79998-1439
16603986      +E-mail/Text: pgray@hinsdalebank.com Jun 23 2011 22:10:12       Hinsdale B&t,    25 E First St,
                Hinsdale, IL 60521-4119
16603987      +E-mail/Text: pgray@hinsdalebank.com Jun 23 2011 22:10:12       Hinsdale Bank & Trust,
                25 E First St,    Hinsdale, IL 60521-4119
```

```
District/off: 0752-1          User: vrowe              Page 2 of 2                   Date Rcvd: Jun 23, 2011
                              Form ID: pdf006          Total Noticed: 51

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
16603994     +E-mail/PDF: cr-bankruptcy@kohls.com Jun 24 2011 08:32:45      Kohls,   Attn: Recovery Dept,
              Po Box 3120,   Milwaukee, WI 53201-3120
16603996     +E-mail/Text: bankrup@nicor.com Jun 23 2011 22:07:59      Nicor Gas,
              Attention: Bankruptcy Department,   Po Box 190,   Aurora, IL 60507-0190
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 25, 2011**                      **Signature:**   *Joseph Speetjens*