**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: LEWIS, JEFFREY THOMAS § Case No. 10-57192
    LEWIS, DEBRA ANN §
§
Debtor(s) SIMPSON, DEBRA ANN §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $355,735.87 *(without deducting any secured claims)* | Assets Exempt: $97,735.87 |
| Total Distribution to Claimants: $3,750.15 | Claims Discharged Without Payment: $32,361.83 |
| Total Expenses of Administration: $1,250.01 | |

3) Total gross receipts of $ 5,000.16 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,000.16 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $266,323.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,250.02 | 1,250.01 | 1,250.01 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 32,999.16 | 19,827.82 | 19,827.82 | 3,750.15 |
| **TOTAL DISBURSEMENTS** | $299,322.16 | $21,077.84 | $21,077.83 | $5,000.16 |

4) This case was originally filed under Chapter 7 on December 29, 2010. The case was pending for 8 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/01/2011          By: /s/RICHARD M. FOGEL
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Income tax refund | 1224-000 | 5,000.00 |
| Interest Income | 1270-000 | 0.16 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.16** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase Mtg | 4110-000 | 266,323.00 | N/A | N/A | 0.00 |
| NOTFILED | Fidelity Investments | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$266,323.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 1,250.02 | 1,250.01 | 1,250.01 |
| The Bank of New York Mellon | 2600-000 | N/A | 2.23 | 2.23 | 2.23 |
| BMS | 2600-000 | N/A | -2.23 | -2.23 | -2.23 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | -2.23 | -2.23 | -2.23 |
| BMS | 2600-000 | N/A | -2.23 | -2.23 | -2.23 |
| bms | 2600-000 | N/A | 4.46 | 4.46 | 4.46 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,250.02 | 1,250.01 | 1,250.01 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 7100-000 | 645.00 | 626.28 | 626.28 | 118.46 |
| 2 | Chase Bank USA, N.A. | 7100-900 | 0.00 | 2,855.77 | 2,855.77 | 540.13 |
| 3 | PYOD LLC, as assignee of Citibank, NA | 7100-900 | 4,363.00 | 4,363.35 | 4,363.35 | 825.26 |
| 4 | PYOD LLC, as assignee of Citibank, NA | 7100-900 | 8,499.00 | 8,707.96 | 8,707.96 | 1,646.98 |
| 5 | GE Money Bank | 7100-900 | 3,208.00 | 3,274.46 | 3,274.46 | 619.32 |
| NOTFILED | Hsbc/rs | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Best Buy | 7100-000 | 3,007.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/rs | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | John Houston MD | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 532.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Harris N.a. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hinsdale B&t | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Judith G. Savage, M.D. | 7100-000 | 1,359.94 | N/A | N/A | 0.00 |
| NOTFILED | Harris N.a. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hinsdale Bank & Trust | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Victoria's Secret | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Us Bank/na Nd | 7100-000 | 3,420.00 | N/A | N/A | 0.00 |
| NOTFILED | Wffnb Retail | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbsd | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Zale/cbsd | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbsd | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris N.a. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Orthopaedic Cons | 7100-000 | 83.90 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls | 7100-000 | 2,770.00 | N/A | N/A | 0.00 |
| NOTFILED | Physicians Prompt Care Centers | 7100-000 | 173.10 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/sams Club Dc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Grants Appl | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One, N.a. Bankruptcy Dept | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One, N.a. Bankruptcy Dept | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Associates/citibank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | American General Finan | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Christ Medical Center | 7100-000 | 89.26 | N/A | N/A | 0.00 |
| NOTFILED | Amalgamated Bk Chicago | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ally Financial | 7100-000 | 4,391.28 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/tweeter | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Manhattan Mtge | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Manhattan Mtge | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Manhattan Mtge | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/sams Club Dc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Empire/gemb | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | G M A C | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Discover Fin | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Christ Hospital Advocate Healthcare | 7100-000 | 69.26 | N/A | N/A | 0.00 |
| NOTFILED | Citifinancial Retail Services Citifinancial/Attn: | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Col/debt Collection Systems | 7100-000 | 188.42 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 32,999.16 | 19,827.82 | 19,827.82 | 3,750.15 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-57192  
**Case Name:** LEWIS, JEFFREY THOMAS  
LEWIS, DEBRA ANN  
**Period Ending:** 09/01/11  

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 12/29/10 (f)  
**§341(a) Meeting Date:** 02/15/11  
**Claims Bar Date:** 06/03/11  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 17524 Magnolia Lane, Tinley Park, IL 60487<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 258,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Harris Checking Acct#xxxxx5542 P.o. Box 94033 Pa<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 220.39 | 0.00 | DA | 0.00 | FA |
| 3 | Harris Savings Acct #xxxxxx7619 P.O. Box 94033 P<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 26.54 | 0.00 | DA | 0.00 | FA |
| 4 | Harris Checking Acct# xxxxxx8073 P.O. Box 94033<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 9.93 | 0.00 | DA | 0.00 | FA |
| 5 | Chase Savings Acct#xxxxx1388 P.o. Box 260180 Bat<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 7.60 | 0.00 | DA | 0.00 | FA |
| 6 | Various Household Goods & Furnishings<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 2,150.00 | 0.00 | DA | 0.00 | FA |
| 7 | Various Normal Everyday clothing for family of 6<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 800.00 | 0.00 | DA | 0.00 | FA |
| 8 | Wedding rings & other misc. jewelry<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 300.00 | 0.00 | DA | 0.00 | FA |
| 9 | 9mm Pistol<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 10 | Fidelity Investments Sheet Metal Workers Local 7<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 91,371.41 | 0.00 | DA | 0.00 | FA |
| 11 | 1980 Chevy Pickup<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 12 | 1997 Chevy Suburban | 2,000.00 | 0.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-57192  **Trustee:** (330720) RICHARD M. FOGEL
**Case Name:** LEWIS, JEFFREY THOMAS  **Filed (f) or Converted (c):** 12/29/10 (f)
LEWIS, DEBRA ANN  **§341(a) Meeting Date:** 02/15/11
**Period Ending:** 09/01/11  **Claims Bar Date:** 06/03/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13  1980 Coleman Popup Camper  Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 14  1977 Utility Trailer  Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 15  Income tax refund (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |
| Int  INTEREST (u) | Unknown | N/A | | 0.16 | FA |
| 16  Assets  Totals (Excluding unknown values) | **$355,735.87** | **$5,000.00** | | **$5,000.16** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2011  **Current Projected Date Of Final Report (TFR):** June 22, 2011 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-57192  
**Case Name:** LEWIS, JEFFREY THOMAS  
LEWIS, DEBRA ANN  
**Taxpayer ID #:** **-***9872  
**Period Ending:** 09/01/11

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******51-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/16/11 | {15} | JEFFREY & DEBRA LEWIS | Non-exempt portion of income tax refund | 1224-000 | 5,000.00 | | 5,000.00 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 5,000.02 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,000.06 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,000.10 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,000.14 |
| 07/20/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 5,000.16 |
| 07/20/11 | | To Account #9200******5166 | Close account and transfer for final distributions | 9999-000 | | 5,000.16 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 5,000.16 | 5,000.16 | $0.00 |
| Less: Bank Transfers | 0.00 | 5,000.16 | |
| **Subtotal** | 5,000.16 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$5,000.16** | **$0.00** | |

{} Asset reference(s)

Printed: 09/01/2011 06:54 AM    V.12.57

Exhibit 9

# FORM 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-57192  
**Case Name:** LEWIS, JEFFREY THOMAS  
LEWIS, DEBRA ANN  
**Taxpayer ID #:** **-***9872  
**Period Ending:** 09/01/11  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******51-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/20/11 | | From Account #9200******5165 | Close account and transfer for final distributions | 9999-000 | 5,000.16 | | 5,000.16 |
| 07/22/11 | 101 | RICHARD M. FOGEL | Dividend paid 100.00% on $1,250.01, Trustee Compensation; Reference: | 2100-000 | | 1,250.01 | 3,750.15 |
| 07/22/11 | 102 | Commonwealth Edison Company | 18.91% dividend on Claim # 1, Ref: XXXXX2790 | 7100-000 | | 118.46 | 3,631.69 |
| 07/22/11 | 103 | Chase Bank USA, N.A. | 18.91% dividend on Claim # 2, Ref: XXXXXXXXXXXX9684 | 7100-900 | | 540.13 | 3,091.56 |
| 07/22/11 | 104 | PYOD LLC, as assignee of Citibank, NA | 18.91% dividend on Claim # 3, Ref: XXXXXXXXXXXX8127 | 7100-900 | | 825.26 | 2,266.30 |
| 07/22/11 | 105 | PYOD LLC, as assignee of Citibank, NA | 18.91% dividend on Claim # 4, Ref: XXXXXXXXXXXX4678 | 7100-900 | | 1,646.98 | 619.32 |
| 07/22/11 | 106 | GE Money Bank | 18.91% dividend on Claim # 5, Ref: XXXXXXXXXXXX0046 | 7100-900 | | 619.32 | 0.00 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 2.23 | -2.23 |
| 08/02/11 | | BMS | Refund for service charge | 2600-000 | | -2.23 | 0.00 |
| 08/02/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -2.23 | 2.23 |
| 08/22/11 | | BMS | Reverse manual entry re: technology fee | 2600-000 | | -2.23 | 4.46 |
| 08/22/11 | | bms | Correct manual entries re: technology fee | 2600-000 | | 4.46 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,000.16 | 5,000.16 | $0.00 |
| | | | Less: Bank Transfers | | 5,000.16 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 5,000.16 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $5,000.16 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******51-65** | 5,000.16 | 0.00 | 0.00 |
| **Checking # 9200-******51-66** | 0.00 | 5,000.16 | 0.00 |
| | $5,000.16 | $5,000.16 | $0.00 |

{} Asset reference(s)    Printed: 09/01/2011 06:54 AM    V.12.57